IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**LARRY COLE, DEBRA COLE, AND**
**MISSISSIPPI FARM BUREAU**
**MUTUAL INSURANCE COMPANY** **PLAINTIFFS**

**V.** **CIVIL ACTION NO. 4:05-CV-114TSL-JMR**

**TPI CORPORATION** **DEFENDANT**

**AGREED ORDER ALLOWING PLAINTIFFS AN EXTENSION OF TIME TO FILE**
**A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

THIS DAY this cause having come before the Court upon the Motion, *ore tenus*, of the parties to allow the Plaintiffs an extension of time in which to file their Response to the Defendant's Motion for Summary Judgment, and the Court having considered said Motion, being informed that counsel for the parties have agreed to said Motion, and being otherwise fully advised in the premises, finds the Motion to be well taken and the same shall be and hereby is granted such that Plaintiffs will have until on or before July 21, 2006, in which to file their Response to the Motion for Summary Judgment filed herein by Defendant.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that Plaintiffs shall have until July 28, 2006, in which to file a Response to the Motion for Summary Judgment filed by Defendants herein.

**SO ORDERED AND ADJUDGED**, this the 21st day of July, 2006.

/S/ TOM S. LEE
UNITED STATES DISTRICT COURT JUDGE

**PRESENTED BY:**

s/ William F. Brown
**KEITH D. OBERT, ESQ. (MSB #3902)**
**WILLIAM F. BROWN, ESQ. (MSB #8830)**
**OBERT LAW GROUP, P.A.**
One Woodgreen Place, Suite 200 (39110)
Post Office Box 2081
Madison, Mississippi 39130-2081
Telephone: 601-856-9690
Facsimile: 601-856-9686
ATTORNEYS FOR MISSISSIPPI FARM BUREAU
INSURANCE COMPANY, DEBRA COLE AND LARRY COLE