**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**LARRY COLE, DEBRA COLE, AND
MISSISSIPPI FARM BUREAU MUTUAL
INSURANCE COMPANY**                                          **PLAINTIFF**

**V.**                                      **CIVIL ACTION NO. 4:05-CV-114TSL-JMR**

**TPI CORPORATION**                                                      **DEFENDANT**

**ORDER OF DISMISSAL WITHOUT PREJUDICE AND FINAL JUDGMENT
AS TO PLAINTIFF, DEBRA COLE**

This day this cause came on for hearing on the Motion by Defendant, TPI Corporation to dismiss without prejudice Plaintiff, Debra Cole, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and the Court having considered this matter finds that the Motion is well taken and should be granted, and that the claim by Debra Cole against TPI Corporation should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the claims of Plaintiff Debra Cole, individually, are dismissed without prejudice, and Debra Cole is hereby dismissed from this cause as an individual Plaintiff.  Pursuant to Fed. R. Civ. P. 54(b), the Court expressly determines that there is no just reason for delay in entering final judgment as to the claims of Debra Cole, individually, and the Clerk of this Court is directed to enter this Order as a Final Judgment without prejudice as to the claims brought by Debra Cole, individually, against TPI Corporation.

SO ORDERED, this the   **28th**   day of September, 2006.

                                                            /s/ Tom S. Lee
                                                            HON. TOM S. LEE

**SUBMITTED BY:**

MARTIN R. JELLIFFE (MSB # 3067)
JOHN D. PRICE (MSB # 4495)
META S. COPELAND (MSB # 99245)
WISE CARTER CHILD & CARAWAY, P.A.
600 Heritage Building
Post Office Box 651
Jackson, Mississippi 39205
Telephone: (601) 968-5500
Facsimile:  (601) 968-5519

BARRY W. FORD (MSB #5403)
WALKER W. JONES, III (MSB #3303)
TERENCE L. HIGH (MSB #99843)
JON STEPHEN KENNEDY (MSB #100040)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ
Post Office Box 14167
Jackson, MS 39236
Telephone:  (601)351-2413
Facsimile:   (601)592-2413